**FILED**

09/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0346







FILED

SEP 02 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 22-0346

MATHEW RYAN AILER,

     Petitioner and Appellant,

  v.                                          **GRANT OF EXTENSION**

STATE OF MONTANA,

     Respondent and Appellee.

     Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until October 18, 2022, to prepare, file, and serve the Appellant's brief.

DATED this September 2, 2022

Bowen Greenwood
Clerk of the Supreme Court

c:     Matthew Ryan Ailer, Austin Miles Knudsen, Daniel M. Guzynski, Leo John Gallagher